IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 08-cr-138-bbc |
| v. | |
| BRENT DELZER, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant has filed a motion to amend the judgment of conviction to reflect the court's recommendation that he be placed in a facility as close as possible to his family in Madison, Wisconsin. It is not necessary to amend the judgment because the designation language is included in the judgment under the heading Criminal Monetary Penalties on page 5.

Defendant should know that even with a court's recommendation as to placement, the Bureau of Prisons retains the discretion to decide where specific prisoners should be housed. The Bureau considers many factors in making placement decisions. It is my experience that it gives serious consideration to each prisoner's age, gender, medical needs, the nature of the offense of conviction, criminal background (or lack of it), the need to

1

separate certain offenders from one another and location of family when it decides prisoner assignments.

ORDER

Defendant's motion to amend the judgment of conviction is DENIED as moot.

Entered this 4th day of November, 2010.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge